# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| LORAN LEWIS,<br><br>   Petitioner,<br><br>   v.<br><br>W.L. MONTGOMERY,<br><br>   Respondent. | NO. EDCV 18-00604-SJO (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 19, 2018.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE